IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joe Hand Promotions, Inc., :

    Plaintiff : Civil Action 2:08-cv-00547

v. : Judge Marbley

Matt Jackson, *et al.*, : Magistrate Judge Abel

    Defendants :

**ORDER**

Plaintiff Joe Hand Promotions, Inc. brings this action alleging that defendants unlawfully intercepted plaintiff's program and exhibited it to their patrons. This matter is before the Court on Magistrate Judge Abel's October 6, 2008 Report and Recommendation recommending that default be entered against defendants Matt Jackson, Brian Jackson, and J Brothers Enterprises LLC for failing to comply with Orders of this Court. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is DIRECTED to enter default against defendants Matt Jackson, Brian Jackson, and J Brothers Enterprises LLC for failing to comply with Orders of this Court.

                                           s/Algenon L. Marbley
                                           Algenon L. Marbley
                                           United States District Judge